IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN HENDERSON,<br>    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-CV-1526 |
| | : | |
| COLONEL ROBERT EVANCHICKI,<br>*et al.*,<br>    Defendants. | : | |

**ORDER**

AND NOW, this ___ day of June, 2023, upon consideration of Plaintiff Brian Henderson's Motion in Support of Factual Allegations Against New Defendants in Amended Complaint (ECF No. 17), it is **ORDERED** that:

1. Mr. Henderson's Motion in Support of Factual Allegations Against New Defendants in Amended Complaint is **DENIED** for the reasons set forth in the accompanying Memorandum.

2. Mr. Henderson is given thirty (30) days to file an amended complaint. Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Mr. Henderson's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 21-1526. Mr. Henderson's amended complaint must be a ***single, comprehensive document*** that includes all of the bases for Mr. Henderson's claims, all of Mr. Henderson's factual allegations against each defendant, and any exhibits he wishes to include. Claims that are not included in the amended complaint will not be considered part of this case. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

3.  If Mr. Henderson fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
GENE E.K. PRATTER, J.